# United States Court of Appeals
## For the First Circuit

No. 21-1186

UNITED STATES,

Appellee,

v.

CHRISTOPHER CANTWELL,

Defendant - Appellant.

**ORDER OF COURT**

Entered: October 13, 2021
Pursuant to 1st Cir. R. 27.0(d)

The court issued a briefing schedule in this case on June 2, 2021. Since that time, counsel has been allowed extensions of time totaling 92 days.

Counsel has been warned that no further extensions should be expected. The court looks with extreme disfavor on multiple extension requests and lengthy delays in briefing. However, we allow counsel's request for an additional two weeks based on counsel's assertions that she must confer with appellant and that appellant is in transit to another facility to attend a civil trial. Accordingly, appellant's opening brief and appendix are due on or before **October 29, 2021**. No further extensions of this deadline should be sought or expected.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jeffrey S. Levin
Christine DeMaso
John Staige Davis
Seth R. Aframe
Anna Z. Krasinski