# United States Court of Appeals
## For the First Circuit

No. 21-1186

UNITED STATES,

Appellee,

v.

CHRISTOPHER CANTWELL,

Defendant - Appellant.

### CORRECTED ORDER OF COURT[*]

Entered: November 8, 2021
Pursuant to 1st Cir. R. 27.0(d)

    Appellee United States filed a motion to extend the deadline to file its brief. The instant motion does not state any grounds to support the request. See Fed. R. App. P. 27(a)(2)(A) (requiring all motions "state with particularity the grounds for the motion . . . and the legal argument necessary to support it"). The court does not grant extensions of time as a matter of course, but rather, only for good cause shown. See Fed. R. App. P. 26(b). All future requests for an extension of time shall comply with the requirements of Fed. R. App. P. 25, 26 and 27.

    Notwithstanding this deficiency, the request for extension of time is granted. Accordingly, appellee's brief is due on or before **December 29, 2021**.

    The Clerk's Office expects that future motions will comply with Fed. R. App. P. 27.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jeffrey S. Levin
Christine DeMaso
John Staige Davis
Seth R. Aframe
Anna Z. Krasinski

---

[*] Corrected order issued to edit text of brief due.